# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CANDACE JEFFERSON, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF DEL CITY, municipal corporation;<br>SHRI RADHA GOVIND, LLC d/b/a SPRINGHILL SUITES, a domestic limited liability company,<br><br>        Defendants. | Case No.: CIV-22-164-D |

## **ORDER**

For good cause shown, Defendant City of Del City's unopposed Motion for Remand [Doc. No. 10] is GRANTED. This matter is remanded to the District Court of Oklahoma County, Oklahoma (original case number CJ-2022-274), for further proceedings.

IT IS SO ORDERED this 11th day of March, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge